1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ALEXANDER SOMERS,<br><br>                   Plaintiff,<br><br>        v.<br><br>PHIL ANDERSON, et al.,<br><br>                   Defendants. | NO: 12-CV-3131-TOR<br><br>ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE |
|---|---|

   BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal (ECF No. 26).  Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on January 2, 2013.  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 2nd day of January, 2013.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge